IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE: RUDOLPH B. CHAVEZ                                    No. 1:25-mc-00021-KG

## ORDER OF SUSPENSION

The Supreme Court of the State of New Mexico ordered that Rudolph B. Chavez is "SUSPENDED" from the practice of law effective March 18, 2025. Order, *In the Matter of Rudolph B. Chavez*, No. S-1-SC-40808, filed March 18, 2025 (N.M.).

The Local Rules of Civil Procedure for the District of New Mexico do not allow an attorney who has been suspended from the practice of law to practice before this Court:

> An attorney admitted to the bar of this court must remain in good standing in all courts where admitted. In good standing means not suspended or disbarred by any court for any reason. An attorney whose suspension or disbarment has been stayed by order of the disciplining court prior to the effective date of the suspension or disbarment remains in good standing. An attorney who is not in good standing may not practice before the bar of this court or continue to be an attorney or record in any pending case....

D.N.M.LR-Civ. 83.2(c) ("Rule of Good Standing").

The Court ordered Mr. Chavez to show cause why the Court should not suspend him in accordance with D.N.M.LR-Civ. 83.2(c) due to his suspension by the Supreme Court of the State of New Mexico. *See* Order to Show Cause, Doc. 1, filed June 11, 2025; *In re Bello*, 237 Fed.Appx. 363, 366 (10th Cir. 2007) ("The District of New Mexico has 'inherent supervisory power' over the conduct of attorneys appearing in its courtrooms and this power includes the ability 'to control admission to its bar and to discipline attorneys who appear before it.'").

Mr. Chavez responded stating he "consents to the suspension from the practice of law in the United States District Court for the District of New Mexico." Response to Order to Show Cause, Doc. 2, filed July 3, 2025.

**IT IS ORDERED** that:

(i) Rudolph B. Chavez is **SUSPENDED** from practice before the United States District Court for the District of New Mexico, effective from the date of this Order. Should Mr. Chavez wish to be reinstated to practice in this Court, he will have to apply for reinstatement to the Federal Bar of the District of New Mexico.

(ii) The Clerk of Court shall file this Order of Suspension in *United States v. Cantu*, No. 1:24-mj-00770-SCY.

(iii) The Judges presiding over pending cases in which Mr. Chavez appears as counsel may allow him to continue to appear for whatever time they deem appropriate so as not to prejudice his clients.

/s/_____
KENNETH J. GONZALES[1]
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.